# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING FURLOUGH** |
| vs. | ) | |
| Bobbi Jo Yanez, | ) | Case No. 3:08-cr-106 |
| Defendant. | ) | |

The court convened a detention hearing for defendant on April 2, 2018. AUSA Brett Shasky appeared on the Government's behalf. AFPD Christopher Lancaster appeared on defendant's behalf. At the close of the hearing, the court ordered defendant detained pending a final hearing before Judge Erickson on the petition for revocation of supervised release Thereafter, defendant asked to be furloughed so that she could seek treatment from her local physician for a serious medical issue.

The court **GRANTS** defendant's request for a furlough. Defendant shall be released no earlier than 9:00 a.m. on April 3, 2018. Defendant shall return to the Burleigh Morton Detention Center by 12:00 p.m. on April 3, 2018. While on temporary release, defendant shall comply with the conditions of supervised release the court previously imposed. Upon her return to the Burleigh Morton Detention Center, defendant shall be remanded back into federal custody.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court