## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bobbi Jo Yanez, | ) | Case No. 3:08-cr-106 |
| | ) | |
| Defendant. | ) | |

On April 20, 2018, Chief Judge Hovland issued an order granting defendant a furlough. The order provided in relevant part that defendant was to be released at 11:00 a.m. on April 20, 2018, to the third-party custody of Jonathan Moore and return to the Cass County Jail no later than 6:00 p.m. on April 20, 2018.

The court has since been advised that, through no fault of her own, defendant was released later than anticipated. Consequently, the court **AMENDS** defendnt's furlough as follows: defendant shall return to the Cass County jail no later than 9:00 p.m. on April 20, 2018. While on furlough, defendant must follow all existing conditions of supervised release and shall not possess or consume any alcohol, any narcotic drug, any non-prescribed controlled substances, or any inhalants. She may be subjected to a search and testing upon her return to confirm that she has not violated these conditions. She must remain in the custody of Jonathan Moore during the time that she is on furlough.

**IT IS SO ORDERED**.

Dated this 20th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court